IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **EARL L. BARNES** | **PLAINTIFF** |
| v. | **CAUSE NO. 1:13CV305-LG-JMR** |
| **FRANKLIN D. BREWER** | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [21] entered by Chief United States Magistrate Judge John M. Roper, Sr., the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation [21] entered by Chief United States Magistrate Judge John M. Roper, Sr., be, and the same hereby is, **ADOPTED** as the finding of this Court.  This lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of July, 2014.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE